# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

PAYTON

CIVIL ACTION

VERSUS

21-96-SDD-SDJ

USAA INSURANCE COMPANY, ET AL.

## RULING

The Court, after carefully considering the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated April 5, 2021, to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Plaintiff's unopposed *Motion for Leave to Amend* (Rec. Doc. 14) is hereby GRANTED. The Clerk of Court will file Plaintiff's *Amended Complaint* (Rec. Doc. 14-3) into the record, and USAA Insurance Company will be replaced on the docket by United Services Automobile Association.

**IT IS FURTHER ORDERED** that Plaintiff's unopposed *Motion to Remand* (Rec. Doc. 12) is hereby GRANTED, and this case is REMANDED to the 18th Judicial District Court for further proceedings.

Signed in Baton Rouge, Louisiana the 12 day of May, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 12 and 14.
[2] Rec. Doc. 23.

18th JDC